**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: SPEARS, VICKI R                                  § Case No. 11-84309
                                                         §
                                                         §
Debtor(s)                                                §

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that
BERNARD J. NATALE_____, trustee of the above styled estate, has filed a
Final Report and the trustee and the trustee's professionals have filed final fee applications,
which are summarized in the attached Summary of Trustee's Final Report and Applications
for Compensation.

The complete Final Report and all applications for compensation are available for
inspection at the Office of the Clerk, at the following address:

Clerk of The U S Bankruptcy Court
327 S Church Street, Room 1100
Rockford IL 61101

Any person wishing to object to any fee application that has not already been approved or
to the Final Report, must file a written objection within 21 days from the mailing of this notice,
serve a copy of the objections upon the trustee, any party whose application is being challenged
and the United States Trustee.  A hearing on the fee applications and any objection to the Final
Report will be held at 09:30AM on 09/24/2012 in Courtroom 3100, United States Courthouse,
327 S Church Street
Rockford IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay
dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated:  08/20/2012         By:  /s/BERNARD J. NATALE
                                        Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

In re: SPEARS, VICKI R                                    §    Case No. 11-84309
                                                          §
                                                          §
                                                          §
Debtor(s)                                                 §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*            $         12,000.00

*and approved disbursements of*                 $              25.00

*leaving a balance on hand of* [1]              $         11,975.00

**Balance on hand:**                            $         11,975.00

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

Total to be paid to secured creditors:    $           0.00
Remaining balance:                         $      11,975.00

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - BERNARD J. NATALE | 1,950.00 | 0.00 | 1,950.00 |
| Attorney for Trustee, Fees - BERNARD J. NATALE, LTD. | 2,052.00 | 0.00 | 2,052.00 |
| Attorney for Trustee, Expenses - BERNARD J. NATALE, LTD. | 28.65 | 0.00 | 28.65 |

Total to be paid for chapter 7 administration expenses:    $       4,030.65
Remaining balance:                                         $       7,944.35

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $   0.00

Remaining balance:   $   7,944.35

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:   $   0.00

Remaining balance:   $   7,944.35

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 7,193.87 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Midland Credit Management, Inc. | 6,617.87 | 0.00 | 6,617.87 |
| 2 | Rockford Mercantile Agency Inc | 576.00 | 0.00 | 576.00 |

Total to be paid for timely general unsecured claims:   $   7,193.87

Remaining balance:   $   750.48

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 750.48 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 750.48 |

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.1% pursuant to 11 U.S.C. § 726(a)(5).  Funds available for interest are $7.65.  The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 742.83.

**UST Form 101-7-NFR (10/1/2010)**

Prepared By:  /s/BERNARD J. NATALE
_____
Bernard J Natale, Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction
Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 11-84309-MB
Vicki R Spears                                                      Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-3          User: vgossett          Page 1 of 2          Date Rcvd: Aug 23, 2012
                              Form ID: pdf006          Total Noticed: 20


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 25, 2012.
db          +Vicki R Spears,   7077 11th St,   Rockford, IL 61109-4906
17878764    +Hauser Ross Eye,   2240 Gateway Dr,   Sycamore, IL 60178-3155
17878765    +Infinity Health Care,   111 E. Wisconnsin Ave  Suite 2000,   Milwaukee, WI 53202-4809
17878761    +Jordan & Pratt,   Attorneys at Law,   6957 Olde Creek Rd  Suite 2300,   Rockford, IL 61114-7425
17878766     New Milford Fire Dept,   11th St,   Rockford, IL  61109
17878767    +Osf Lifeline,   318 Roxbury Rd,   Rockford, IL 61107-5090
17878768    +Physician Immediiate Care,   Box 4777,   Rockofrd, IL 61110-4777
17878769    #+Radiology Consultants Of Rockford,   Box 4542,   Rockford, IL 61110-4542
17878770    +Rockford Cardiovasoular,   Box 6003,   Rockford, IL 61125-1003
18833561    +Rockford Mercantile Agency Inc,   2502 South Alpine Road,   Rockford Illinois 61108-7813
17878771     Rockford Patholgist,   Box 8788,   Rockford, IL  61126
17878760    +Spears Vicki R,   7077 11th St,   Rockford, IL 61109-4906
17878772    +Super Mix Cement,   6825 Irene Rd,   Belvidere, IL 61008-8789
17878773    +Swedish American Group,   Box 1567,   Rockford, IL 61110-0067
17878774    +Swedish American Hospital,   Box 4448,   Rockford, IL 61110-0948
17878776    +Virtuoso Sourcing,   3033 S. Parker Rd  Suite 1000,   Aurora, CO 80014-2919

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17878762    +E-mail/Text: GCR_CCBankruptcies@cable.comcast.com Aug 24 2012 02:39:44     Comcast,
              4450 Kishwakee St,   Rockford, IL 61109-2944
17878763    +E-mail/Text: BKNOTICES@EAFLLC.COM Aug 24 2012 02:38:17     Equable Ascent Finance,
              1120 W. Lake Cook Rd,   Buffalo Grove, IL 60089-1970
18495112    +E-mail/Text: bankruptcydpt@mcmcg.com Aug 24 2012 02:34:45     Midland Credit Management, Inc.,
              8875 Aero Drive, Suite 200,   San Diego, CA 92123-2255
17878777    +E-mail/Text: BKRMailOps@weltman.com Aug 24 2012 02:50:33     Weltman, Weinberg,
              180 N. LaSalle St.  Suite 2400,   Chicago, IL 60601-2704
                                                                            TOTAL: 4


            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17878775    ##+Target National Bank,   Box 59317,   Minneapolis, MN 55459-0317
                                                                            TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**


**Date: Aug 25, 2012**                    **Signature:** _Joseph Speetjens_

District/off: 0752-3            User: vgossett          Page 2 of 2              Date Rcvd: Aug 23, 2012
                               Form ID: pdf006          Total Noticed: 20


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 23, 2012 at the address(es) listed below:
          Bernard J Natale    on behalf of Trustee Bernard Natale natalelaw@bjnatalelaw.com
          Bernard J Natale    natalelaw@bjnatalelaw.com,  IL42@ecfcbis.com
          Eric  Pratt   on behalf of Debtor Vicki Spears rockford@jordanpratt.com
          Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
          Scott E Hillison   on behalf of Trustee Bernard Natale mmagnuson@bjnatalelaw.com
                                                                              TOTAL: 5