**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: SPEARS, VICKI R § Case No. 11-84309
§
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

BERNARD J. NATALE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $2,200.00    Assets Exempt: $32,200.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $7,201.52    Claims Discharged
                                              Without Payment: $39,780.00

Total Expenses of Administration: $4,055.65

3) Total gross receipts of $ 12,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 742.83 (see **Exhibit 2**), yielded net receipts of $11,257.17 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

Case 11-84309 Doc 31 Filed 12/10/12 Entered 12/10/12 12:53:54 Desc Main
Document Page 2 of 8

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 4,055.65 | 4,055.65 | 4,055.65 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 39,780.00 | 7,201.52 | 7,201.52 | 7,201.52 |
| **TOTAL DISBURSEMENTS** | $39,780.00 | $11,257.17 | $11,257.17 | $11,257.17 |

    4) This case was originally filed under Chapter 7 on October 03, 2011. The case was pending for 14 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/29/2012      By: /s/BERNARD J. NATALE
                                      Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 –GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 7077 11th St., Rockford, Il | 1110-000 | 12,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$12,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 –FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| SPEARS, VICKI R | Distribution paid 100.00% on $742.83; Claim# SURPLUS; Filed: $742.83; Reference: | 8200-002 | 742.83 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$742.83** |

## EXHIBIT 3 –SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BERNARD J. NATALE, LTD. | 3220-000 | N/A | 28.65 | 28.65 | 28.65 |
| BERNARD J. NATALE, LTD. | 3110-000 | N/A | 2,052.00 | 2,052.00 | 2,052.00 |
| BERNARD J. NATALE | 2100-000 | N/A | 1,950.00 | 1,950.00 | 1,950.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | $4,055.65 | $4,055.65 | $4,055.65 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | N/A | $0.00 | $0.00 | $0.00 | |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Midland Credit Management, Inc. | 7100-000 | N/A | 6,617.87 | 6,617.87 | 6,617.87 |
| 1I | Midland Credit Management, Inc. | 7990-000 | N/A | 7.04 | 7.04 | 7.04 |
| 2 | Rockford Mercantile Agency Inc | 7100-000 | N/A | 576.00 | 576.00 | 576.00 |
| 2I | Rockford Mercantile Agency Inc | 7990-000 | N/A | 0.61 | 0.61 | 0.61 |
| NOTFILED | Rockford Patholgist | 7100-000 | 650.00 | N/A | N/A | 0.00 |
| NOTFILED | Radiology Consultants Of Rockford | 7100-000 | 225.00 | N/A | N/A | 0.00 |
| NOTFILED | Rockford Cardiovasoular | 7100-000 | 725.00 | N/A | N/A | 0.00 |
| NOTFILED | Super Mix Cement | 7100-000 | 17,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Target National Bank | 7100-000 | 6,100.00 | N/A | N/A | 0.00 |
| NOTFILED | Swedish American Group | 7100-000 | 350.00 | N/A | N/A | 0.00 |
| NOTFILED | Weltman, Weinberg | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Physician Immediiate Care | 7100-000 | 200.00 | N/A | N/A | 0.00 |
| NOTFILED | Virtuoso Sourcing | 7100-000 | 700.00 | N/A | N/A | 0.00 |
| NOTFILED | Swedish American Hospital | 7100-000 | 9,000.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Infinity Health Care | 7100-000 | 750.00 | N/A | N/A | 0.00 |
| NOTFILED | Comcast | 7100-000 | 550.00 | N/A | N/A | 0.00 |
| NOTFILED | Osf Lifeline | 7100-000 | 600.00 | N/A | N/A | 0.00 |
| NOTFILED | Equable Ascent Finance | 7100-000 | 1,900.00 | N/A | N/A | 0.00 |
| NOTFILED | New Milford Fire Dept | 7100-000 | 705.00 | N/A | N/A | 0.00 |
| NOTFILED | Hauser Ross Eye | 7100-000 | 325.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $39,780.00 | $7,201.52 | $7,201.52 | $7,201.52 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-84309  
**Case Name:** SPEARS, VICKI R  

**Trustee:** (330370) BERNARD J. NATALE  
**Filed (f) or Converted (c):** 10/03/11 (f)  
**§341(a) Meeting Date:** 11/10/11  

**Period Ending:** 11/28/12  
**Claims Bar Date:** 05/11/12  

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  7077 11th St., Rockford, Il | 175,000.00 | 145,000.00 |    | 12,000.00 | FA |
| 2  checking account w/ Blackhawk State Bank account | 100.00 | 0.00 | DA | 0.00 | FA |
| 3  misc. house hold furniture & personal belongings | 300.00 | 0.00 | DA | 0.00 | FA |
| 4  necessary wearing apparel | 200.00 | 0.00 | DA | 0.00 | FA |
| 5  wedding rings & misc. costume jewerly | 100.00 | 0.00 | DA | 0.00 | FA |
| 6  1994 Oldsmobile | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 7  2001 flatbed trailer | 500.00 | 0.00 | DA | 0.00 | FA |
| 7  **Assets  Totals** (Excluding unknown values) | **$177,200.00** | **$145,000.00** |    | **$12,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**      **Current Projected Date Of Final Report (TFR):**    August 20, 2012  (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 11-84309  
**Case Name:** SPEARS, VICKI R  
**Taxpayer ID #:** **-***5758  
**Period Ending:** 11/28/12  

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******30-66 - Checking Account  
**Blanket Bond:** $606,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/26/12 | {1} | Vicki Spears | Payment of Compromise on Real Estate | 1110-000 | 12,000.00 | | 12,000.00 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 11,975.00 |
| 09/25/12 | 101 | BERNARD J. NATALE | Dividend paid 100.00% on $1,950.00, Trustee Compensation;  Reference: | 2100-000 | | 1,950.00 | 10,025.00 |
| 09/25/12 | 102 | SPEARS, VICKI R | Distribution paid 100.00% on $742.83; Claim# SURPLUS; Filed: $742.83; Reference: | 8200-002 | | 742.83 | 9,282.17 |
| 09/25/12 | 103 | BERNARD J. NATALE, LTD. | Combined Check for Claims#EXP,ATTY | | | 2,080.65 | 7,201.52 |
| | | | Dividend paid 100.00%   28.65 on $28.65;  Claim# EXP; Filed: $28.65 | 3220-000 | | | 7,201.52 |
| | | | Dividend paid 100.00%   2,052.00 on $2,052.00;  Claim# ATTY; Filed: $2,052.00 | 3110-000 | | | 7,201.52 |
| 09/25/12 | 104 | Midland Credit Management, Inc. | Combined Check for Claims#1,1I | | | 6,624.91 | 576.61 |
| | | | Dividend paid 100.00%   6,617.87 on $6,617.87;  Claim# 1; Filed: $6,617.87; Reference: 8152 | 7100-000 | | | 576.61 |
| | | | Dividend paid 100.00%   7.04 on $7.04;  Claim# 1I; Filed: $7.04;  Reference: 8152 | 7990-000 | | | 576.61 |
| 09/25/12 | 105 | Rockford Mercantile Agency Inc | Combined Check for Claims#2,2I | | | 576.61 | 0.00 |
| | | | Dividend paid 100.00%   576.00 on $576.00;  Claim# 2; Filed: $576.00; Reference: OPEN ACCTS | 7100-000 | | | 0.00 |
| | | | Dividend paid 100.00%   0.61 on $0.61;  Claim# 2I; Filed: $0.61;  Reference: OPEN ACCTS | 7990-000 | | | 0.00 |

|  |  |  |
|---|---|---|
| ACCOUNT TOTALS | 12,000.00 | 12,000.00 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| Subtotal | 12,000.00 | 12,000.00 | |
| Less: Payments to Debtors | | 742.83 | |
| NET Receipts / Disbursements | $12,000.00 | $11,257.17 | |

{} Asset reference(s)

Printed: 11/28/2012 10:56 AM    V.13.04

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 11-84309  
**Case Name:** SPEARS, VICKI R  

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******30-66 - Checking Account  

**Taxpayer ID #:** **-***5758  
**Period Ending:** 11/28/12  

**Blanket Bond:** $606,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

```
Net Receipts :            12,000.00
Less Payments to Debtor :    742.83
                         _____
Net Estate :             $11,257.17
```

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # 9200-******30-66** | **12,000.00** | **11,257.17** | **0.00** |
|  | **$12,000.00** | **$11,257.17** | **$0.00** |

{} Asset reference(s)                    Printed: 11/28/2012 10:56 AM    V.13.04